**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7415**

_____

WILLIAM MAURICE RYANS,

                 Petitioner - Appellant,

      v.

SID HARKELROAD, Superintendent,

                 Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Robert J. Conrad, Jr., Chief District Judge.  (1:11-cv-00025-RJC)

_____

Submitted:  February 9, 2012        Decided:  February 14, 2012

_____

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Maurice Ryans, Appellant Pro Se.  Clarence Joe DelForge, III, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Maurice Ryans seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Ryans has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

DISMISSED